JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY RIVERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. CV 19-1826-GW-FFMx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## ORDER

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims stated herein against THE HERTZ CORPORATION is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated: November 5, 2019

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE